FILED
 2011 Mar-29 AM 10:30
U.S. DISTRICT COURT
    N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| **MATTHEW JAMES CORDES,** ) | |
| ) | |
| **Movant/Defendant,** ) | |
| ) | **Case Numbers:** |
| **vs.** ) | **5:08-cv-8006-CLS-PWG** |
| ) | **5:05-cr-0500-CLS-TMP** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Respondent.** ) | |

## MEMORANDUM OPINION

This case is before the court on the motion to vacate, set aside or correct a sentence filed by Matthew James Cordes pursuant to 28 U.S.C. § 2255. On February 23, 2011, the magistrate judge filed a report and recommendation, recommending that the motion be denied. An order allowing Mr. Cordes an additional 15 days in which to file objections was entered on March 8, 2011, after his copy of the report and recommendation was returned by the Postal Service as undeliverable. On March 25, 2011, Mr. Cordes filed objections to the report and recommendation.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation and the objections filed by Mr. Cordes, the Court is of the opinion that the magistrate judge's findings are due to be, and hereby are, ADOPTED, and his recommendation is ACCEPTED. Accordingly,

the motion to vacate is due to be DENIED.  A final judgment will be entered.

DONE this 29th day of March, 2011.

_____
United States District Judge